No. 91–7617.  CAMPAGNA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7623.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7627.  BURDINE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–7628.  EICOFF *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7631.  AUDINOT ET AL. *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–7633.  DELGADO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–7637.  DAVENPORT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–7639.  WHARTON *v.* CITY OF VENUS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–7642.  BAGGULEY *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 91–7643.  LANGSTON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–7644.  MINNICK *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 91–7645.  MOLINA-CUARTAS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–7646.  RAGONESE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7647.  MCINTOSH *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–7648.  ANDERSON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.